**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:07CR22**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **WILLIAM DAVID REAVIS** | ) | |
| | ) | |

**THIS MATTER** is before the Court upon Government's Motion For Reconsideration upon this matter, scheduled for the November 5, 2007, criminal term in the Statesville Division.

On August 27, 2007, counsel for the Defendant and Government submitted a Joint Motion To Continue this matter from the Court's September 2007, criminal term. The joint motion reflected: 1) that more time was needed to review discovery; 2) more investigation was needed because parties in the case anticipate the case will proceed to trial; and 3) a Government witness who resides out-of-state is pregnant and is due to give birth in mid-October 2007. The motion further reflected that both parties in the case requested a 2008 trial date so that the Government's witness would have adequate time to recover from the birth of her child. On August 28, 2007, this Court granted the Joint Motion to Continue; however, the matter was continued to the Court's November 5, 2007, criminal term in the Statesville Division.

For the reasons stated in Government's motion and upon a showing that taking into account the exercise of due diligence, the Court will allow the continuance. **18 U.S.C. § 3161(h)(8)(B)(iv).** The Court further finds that the ends of justice served by taking such action as requested by the Government outweigh the best interest of the public and the Defendant to a speedy trial, and that the Defendant does not oppose this motion.

**IT IS, THEREFORE, ORDERED** that the Government's motion for reconsideration is **GRANTED** and this case is hereby continued from the November 2007 criminal term in the Statesville Division to the January 7, 2008, criminal term in the Statesville Division.

Signed: September 19, 2007

Richard L. Voorhees
United States District Judge