IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:07CR22-RLV

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **WILLIAM DAVID REAVIS** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment in the above-captioned case *without prejudice*.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal Service and the United States Attorney's Office.

Signed: September 5, 2008

Richard L. Voorhees
United States District Judge